UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEIDRE GAWNE,<br>     Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>PAUL REVERE LIFE INSURANCE<br>COMPANY, AND PINE MANOR COLLEGE<br>LONG TERM DISABILITY PLAN,<br>     Defendant | CIVIL ACTION NO. 04-10860-WGY |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the Defendants, UnumProvident Corporation, Paul Revere Life Insurance Company, and Pine Manor College Long Term Disability Plan, request that the date for filing an answer, or motion to address plaintiff's Complaint be extended 30 days from May 27, 2004 to June 28, 2004. This is Defendants' first request for an extension of time to respond to plaintiff's Complaint.

On or about May 7, 2004, the plaintiff served a Summons and Complaint on the Defendants. The Defendants' answer to Plaintiff's Complaint is due on May 27, 2004. The Defendants are in the process of gathering and reviewing the documents regarding this claim. Therefore, the undersigned counsel requests an extension of 30 days to review the claim file and respond to the Complaint.

Plaintiff's counsel has consented to the allowance of this motion.

{H:\PA\Lit\16310\00065\A0712040.DOC}

UNUMPROVIDENT CORPORATION,
PAUL REVERE LIFE INSURANCE
COMPANY AND PINE MANOR
COLLEGE LONG TERM DISABILITY
PLAN

By their attorney,

/s/ Kristina H. Allaire
Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

Dated: May 25, 2004

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Mala M. Rafik, Esq., Rosenfeld & Rafik, P.C., 44 School Street, Suite 410, Boston, MA 02108.

/s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: May 25, 2004

{H:\PA\Lit\16310\00065\A0712040.DOC}   2