◆AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

District of _____    2004 MAY 25 P 1:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEIRDRE GAWNE

v.

UNUM PROVIDENT CORP.,
et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 10860 WGY**

TO: (Name and address of Defendant)

COMMISSIONER OF INSURANCE
COMMONWEALTH OF MASSACHUSETTS
DIVISION OF INSURANCE
ONE SOUTH STATION, 5th FLOOR
BOSTON, MA 02110-2208

as agent for:

PAUL REVERE LIFE
INSURANCE CO.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MALA M. RAFIK
ROSENFELD & RAFIK, PC
44 SCHOOL ST., STE 410
BOSTON, MA
02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

APR 30 2004

DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

May 19, 2004

I hereby certify and return that on 5/7/2004 at 11:10:00 AM I served two copies copy of the within Summons, Complaint and Cover Sheet in this action together with $6.00 in fees, upon the within named Commonwealth of Massachusetts in the following manner (See Mass. R. Civ.P.4(d)):  by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $42.00

Deputy Sheriff, Robert Foscaldo

_____
Deputy Sheriff

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                        Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.