AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

DEIRDRE GAYNE

V.

UNUM PROVIDENT CORP., et. al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 10860 WGY

TO: (Name and address of Defendant)

CT CORPORATION as Agent for Service of Legal Process For: UNUMPROVIDENT CORP.
101 FEDERAL STREET
BOSTON, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MALA M. RAFIK
ROSENFELD & RAFIK, P.C.
44 SCHOOL STREET
SUITE 410
BOSTON, MA
02108

FILED
IN CLERKS OFFICE
2004 MAY 26 A 7:33
U.S. DISTRICT COURT
DISTRICT OF MASS.

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY ANASTAS

CLERK

APR 30 2004

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

May 18, 2004

I hereby certify and return that on 5/7/2004 at 10:45:00 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to C.Bonney,Process Clerk & agent in charge of CT Corp & its, agent, person in charge at the time of service for UNUMPROVIDENT Corporation, at , c/o CT Corp., 101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

John Cotter

Deputy Sheriff

040663

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.