AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

DEIRDRE GAWNE
v.
UNUMPROVIDENT CORP.,
et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10860 WGY

TO: (Name and address of Defendant)

PINE MANOR COLLEGE
400 HEATH STREET
BROOKLINE MA 02146

as agent for:

PINE MANOR COLLEGE LONG TERM DISABILITY PLAN

[Stamp: U.S. DISTRICT COURT DISTRICT OF MASS 2004 JUN 23 P 1: FILED IN CLERKS OFFICE]

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MALA M. RAFIK
ROSENFELD & RAFIK, PC
44 SCHOOL ST., STE 410
BOSTON, MA 02108

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                         APR 30 2004
CLERK                                                DATE
[signature]
(By) DEPUTY CLERK

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

June 14, 2004

I hereby certify and return that on 6/10/2004 at 08:34 am I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Gerald Shusterman, controller, , person in charge at the time of service for Pine Manor College Long Term Disability Plan , at C/O Pine Manor College, 400 Heath Street, Brookline, MA 02146. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($2.56) Total Charges $41.56

*Deputy Sheriff*

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.