UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEIDRE GAWNE,<br>    Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>PAUL REVERE LIFE INSURANCE<br>COMPANY, AND PINE MANOR COLLEGE<br>LONG TERM DISABILITY PLAN,<br>    Defendant | CIVIL ACTION NO. 04-10860-WGY |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Kristina H. Allaire, attorney for defendants, UnumProvident Corporation, Paul Revere Life Insurance Company, and Pine Manor College Long Term Disability Plan, and Richard Brooks, their authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

_____
Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502
Dated:

_____
Richard Brooks, Esq.
One
2 Fountain Square
Chattanooga, TN

{H:\FA\Lit\16310\00065\A0729958.DOC}