UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEIDRE GAWNE,<br>    Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>PAUL REVERE LIFE INSURANCE<br>COMPANY, AND PINE MANOR COLLEGE<br>LONG TERM DISABILITY PLAN,<br>    Defendant | CIVIL ACTION NO. 04-10860-WGY |

## CORPORATE DISCLOSURE STATEMENT

The defendant, The Paul Revere Life Insurance Company, pursuant to Local Rule 7.3, states that it is a wholly owned subsidiary of The Paul Revere Corporation, which is a wholly owned subsidiary of UnumProvident Corporation.

The defendant, UnumProvident Corporation, pursuant to Local Rule 7.3, states that it has no parent corporation and no publicly held company owns 10% or more of its stock.

                                                              2

UNUMPROVIDENT CORPORATION, PAUL REVERE LIFE INSURANCE COMPANY AND PINE MANOR COLLEGE LONG TERM DISABILITY PLAN

By their attorney,

    /s/ Kristina H. Allaire
Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: September 7, 2004