## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10860

DEIRDRE GAWNE,

        Plaintiff,

        v.

UNUM PROVIDENT CORPORATION,
PAUL REVERE LIFE INSURANCE COMPANY,
AND PINE MANOR COLLEGE LONG TERM
DISABILITY PLAN,

        Defendants.

### JOINT MOTION TO POSTPONE SETTLEMENT ORDER OF DISMISSAL

On December 17, 2004, at the request of the parties, the Court issued a Settlement Order of Dismissal ("Settlement Order") in the above-referenced action. This Settlement Order provided the parties thirty (30) days, or until January 16, 2005, to reopen the action if settlement is not consummated. The parties are jointly requesting a two-week extension of time to January 30, 2005, to complete the settlement papers. As grounds for this request, the parties indicate:

    1.    The parties have agreed upon the terms of the settlement agreement;

    2.    The parties are currently finalizing the paperwork associated with the agreement; and

    3.    The extension will not prejudice either party, but rather, would permit the parties to execute the agreement prior to dismissal of the action.

Wherefore, the parties respectfully request that this Motion be granted:

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Plaintiff,<br>Deirdre Gawne | UnumProvident Corporation, Paul Revere Life Insurance Company & Pine Manor College Long Term Disability Plan, |
| By: | By: |
| /s/ Mala M. Rafik<br>Mala M. Rafik<br>BBO No. 638075<br>S. Stephen Rosenfeld & Rafik<br>BBO No. 428940<br>Rosenfeld & Rafik, P.C.<br>44 School Street, Suite 410<br>Boston, MA  02108<br>(617) 723-7470 | /s/ Kristina Allaire (MMR)<br>Joan Vorster, Esq.<br>BBO No. 550375<br>Kristina Allaire<br>BBO No.<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA  01608-1477<br>(413) 791-8500 |

Date:  January 14, 2005