UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEIDRE GAWNE,<br>    Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>PAUL REVERE LIFE INSURANCE<br>COMPANY, AND PINE MANOR COLLEGE<br>LONG TERM DISABILITY PLAN,<br>    Defendant | CIVIL ACTION NO. 04-10860-WGY |

**STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

{H:\PA\Lit\16310\00065\A0752044.DOC}

| | |
|---|---|
| DEIDRE GAWNE | UNUMPROVIDENT CORPORATION AND PAUL REVERE LIFE INSURANCE COMPANY, AND PINE MANOR COLLEGE LONG TERM DISABILITY PLAN |
| By her attorney, | By its attorneys, |
| /s/ Mala M. Rafik (KHA) | /s/ Kristina H. Allaire |
| Mala M. Rafik, Esq., BBO #638075<br>Rosenfeld & Rafik, P.C.<br>44 School Street, Suite 410<br>Boston, MA 02108<br>Phone: 617-723-7470<br>Fax: (617) 227-2843 | Joan O. Vorster, Esq., BBO #550375<br>Kristina H. Allaire, Esq., BBO #646001<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:   (508) 791-8502 |

Dated:

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, via electronic filing, to to Mala M. Rafik, Esq., Rosenfeld & Rafik, P.C., 44 School Street, Suite 410, Boston, MA 02108.

/s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: 3/2/05